James Howington
# 21128-074
FCI Ashland
P.O. Box 6001
Ashland, KY 41105

United States District Court
OFFICE OF THE CLERK
180 West Main Street, Room 104
Abingdon, Virginia 24210

