# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ABINGDON DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | Case No. 1:18CR00025-006 |
| v.  ) | **OPINION AND ORDER** |
| ) | |
| **JAMES NICHOLAS HOWINGTON,** ) | By: James P. Jones |
| ) | United States District Judge |
| Defendant.  ) | |

*Juval O. Scott, Federal Public Defender, Charlottesville, Virginia, for Defendant.*

The defendant, a federal inmate previously sentenced by this court, has filed a motion seeking compassionate release from his sentence. The motion is filed pursuant to 18 U.S.C. § 3582(c)(1)(A), as amended by the First Step Act of 2018, Pub. L. No. 115-391, § 603, 132 Stat. 5194, 5239 (2018), which permits a reduction in sentence after considering the factors set forth in 18 U.S.C. § 3553(a) and if the court finds "extraordinary and compelling reasons warrant such a reduction" and the reduction "is consistent with applicable policy statements issued by the Sentencing Commission."

The defendant filed his pro se motion on May 21, 2020, and the court appointed the Federal Public Defender for this District to represent him pursuant to Supplement to Standing Order 2019-1 by Minute Order entered May 22, 2020. The

court granted leave to the Federal Public Defender to file a supplemental motion within 14 days of the date of that Minute Order, or by June 5, 2020. No such supplemental motion has been filed, or extension requested, and the court thus will proceed to decide the defendant's motion based on his pro se submission.

The defendant was sentenced by judgment entered on July 9, 2019, to 168 months imprisonment, following his guilty plea pursuant to a written Plea Agreement to Count One of the Indictment, charging him with conspiring to possess with intent to distribute 500 grams or more of methamphetamine, in violation of 21 U.S.C. §§ 846 and 841(b)(1)(A). According to the Presentence Investigation Report (PSR), and as stipulated in his Plea Agreement, he was attributed 1.5 kilograms of "ice" methamphetamine, which resulted in a sentencing guideline range of 168 to 210 months imprisonment.

Following his arrest, the defendant admitted that he had been a distributor of methamphetamine, working for Shawn Farris, the leader of the drug trafficking organization, who in turn had obtained the high purity methamphetamine from various sources, including Southern California, and transported it to this region for distribution by Howington and others.

Howington is 33 years old. In the PSR, dated May 24, 2019, it was reported that he stated that "his only medical issue is high blood pressure. . . . Otherwise, [he] reported being in good health." PSR ¶ 388, ECF No. 604. Howington's projected

release date is September 7, 2027.  He is presently confined at FCI Ashland, located in Ashland, Kentucky.  It currently has no history of Covid-19 cases, according to the Bureau of Prisons.

Howington gives no indication that he has exhausted his administrative remedies, as required by § 3582(c)(1)(A).  In any event, based on the facts presented, and my consideration of the 18 U.S.C. § 3553(a) factors, Howington has not presented an adequate case justifying granting of his motion.

Accordingly, it is **ORDERED** that the defendant's motion, ECF No. 1132, is DENIED.

    ENTER:  June 12, 2020

    /s/  JAMES P. JONES
    United States District Judge